UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TY MICHAEL COURVILLE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION NO. |
| | ) | |
| LASALLE SOUTHWEST CORRECTION, | ) | 3:20-CV-2246-G (BT) |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and recommendation of the United States Magistrate Judge dated October 28, 2020, the Court finds that the Findings and Recommendations of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED**.

November 18, 2020.

*/s/ A. Joe Fish*
A. JOE FISH
Senior United States District Judge